IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DEBRA MCINTOSH,

Plaintiff,

v.

USAA GENERAL INDEMNITY COMPANY,

Defendant.

Case No. 20-cv-816 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated:** 7/18/2022        MONICA A. STUMP, Clerk of Court

s/Tina Gray, Deputy Clerk


**Approved:**    *s/J. Phil Gilbert*
         **J. PHIL GILBERT**
         **DISTRICT JUDGE**